IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| ALLISON-SMITH COMPANY, LLC | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 1:23-cv-01121-SDG |
| v. | ) ) ) | |
| MARTIN TECHNICAL, INC. | ) ) ) | |
| Defendant. | | |

**PLAINTIFF ALLISON-SMITH COMPANY, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3 of the United States District Court for the Northern District of Georgia, counsel of record for Plaintiff Allison-Smith Company, LLC ("Allison-Smith") hereby provides to the Court a Certificate of Interested Persons and Corporate Disclosure Statement showing the Court as follows:

1. The undersigned counsel of record for Allison-Smith, a party to this action, certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   a. Plaintiff Allison-Smith Company, LLC;

   b. Defendant Martin Technical, Inc.;

2. The undersigned further certifies the following is a full and complete list of all other persons, associations, firms, partnerships or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a. Plaintiff Allison-Smith Company LLC;

    b. Defendant Martin Technical, Inc.

3. The undersigned further certifies the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. Plaintiff Allison-Smith Company, LLC's counsel: Antony L. Sanacory; Mariya N. Davis; and

    b. Defendant Martin Technical, Inc's counsel: Stephen T. LaBriola; Maxwell R. Jones; Arthur A. Gardner.

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party on whose behalf this certificate is filed:

    a. Melvin Bert Kinard (Georgia)

    b. Brian Russ (Georgia)

    c. Chris Reichart (Georgia)

    d. Steve Craig Vandiver (Georgia)

    e. James Barger (Georgia)

    f.      Jason Smith (Georgia)

    g.      Kelley McDaniel (Georgia)

    h.      Mark Gallacher (Georgia)

    i.      Matt Moore (Georgia)

    j.      Mike Mikko (Georgia)

    k.      Ray Kennedy (Georgia)

    l.      Stephen Scott Smith (Georgia)

    m.      Todd Grossweiler (Georgia)

    n.      Todd Schirner (Georgia)

    o.      Todd Smith (Georgia)

    p.      Blake Harrelson (South Carolina)

Respectfully submitted, this 14th day of April 2023.

**HUDSON LAMBERT PARROTT WALKER, LLC**

*/s/ Antony L. Sanacory*
Antony L. Sanacory
Georgia Bar No. 625195
Mariya N. Davis
Georgia Bar No. 398625

3575 Piedmont Road NE
Building 15, Suite 200
Atlanta, Georgia 30305

asanacory@hlpwlaw.com
mdavis@hlpwlaw.com
*Attorneys Allison-Smith Company, LLC*

## **LR 7.1 CERTIFICATE**

Pursuant to L.R. 7.1D, counsel certifies that the foregoing complies with the font and point selections approved by the Court in L.R. 5.1C. This document was prepared using Times New Roman 14-point font.

> */s/ Antony L. Sanacory*
> Antony L. Sanacory
> Georgia Bar No. 625195

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **PLAINTIFF ALLISSON-SMITH COMPANY LLC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Stephen T. LaBriola
Maxwell R. Jones
**FELLOWS LaBRIOLA LLP**
Suite 2400, Harris Tower, Peachtree Center
233 Peachtree Street, NE
Atlanta, GA 30303
slabriola@fellab.com
mjones@fellab.com

**GARDNER GROFF & GREENWALD PC**
Arthur A. Gardner
1640 Powers Ferry Road
Building 4, Suite 200
Marietta, GA 30067
agardner@gardnergroff.com

*Counsel for Martin Technical, Inc.*

This 14th day April 2023.

                                                           **HUDSON LAMBERT PARROTT WALKER, LLC**

                                                           */s/ Antony L. Sanacory*

                                                Antony L. Sanacory
                                                Georgia Bar No. 625195
                                                Mariya Davis
                                                Georgia Bar No. 398625

3575 Piedmont Road NE
Building 15, Suite 200
Atlanta, Georgia 30305
asanacory@hlpwlaw.com
mdavis@hlpwlaw.com
*Attorneys for Allison-Smith Company, LLC*